# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

February 2, 2012

**200 FEDERAL PLAZA**
**ROOM 130**
**P.O. BOX 2097**
**PATERSON, NJ 07509-2097**
**(973) 357-4080**
**FAX: (973) 357-4092**
**www.njp.uscourts.gov**

Jose L. Linares, USDJ
United States District Court
Martin Luther King, Jr.
Federal Building and Courthouse
P.O. Box 0999
Newark, NJ  07102-0999

RE:      Erik E. Kornacki
             Dkt. No. 03-00553-005
             **Outstanding Fine Balance**

Dear Judge Linares:

On January 30, 2006, the aforementioned appeared before Your Honor and was sentenced to a 40-month term of imprisonment, followed by a three-year term of supervised release, a $100 special assessment, and a fine in the amount of $10,000 for the offense of Conspiracy to Import Ecstasy. Special conditions include financial disclosure, no new debt, DNA collection and drug treatment/urinalysis.

The offender's term of supervision will expire on February 17, 2012, however, as of today's date, he maintains a balance of $3,069. Notwithstanding the outstanding financial obligation, Kornacki has otherwise been in relative compliance with the conditions of supervision. Unless the Court considers otherwise, we recommend the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is notified of the expiration of the offender's term of supervision.

As always, we make ourselves available should the Court wish to discuss this matter. The undersigned can be reached at (973)885-3622.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Jessica M. Alberts
    U.S. Probation Officer

/jma

cc: United States Attorney's Office
    Financial Litigation Unit

# EXPIRATION OF SUPERVISION WITH OUTSTANDING FINE BALANCE

## U.S. v. Erik E. Kornacki
## Docket No.: 03-000553-005

✓
The Court approves of the expiration of supervision with an outstanding fine balance.

_____
The Court does not approve of the offender's expiration from supervision with an outstanding fine balance.

_____
Signature of Judicial Officer

_____ 2/6/12 _____
Date